DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DHBH ATLANTIC L.L.C.** and **60 1/2 LLC,**
Appellants,

v.

**CITY OF DELRAY BEACH, FLORIDA,**
Appellee.

No. 4D19-1536

[April 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Goodman, Judge; L.T. Case No. 50-2018-CA-006811-XXXX-MB.

Robert J. Hauser of Pankauski Hauser Lazarus PLLC, West Palm Beach; John R. Eubanks, Jr. of Breton, Lynch, Eubanks & Suarez-Murias, P.A., West Palm Beach; and Robert A. Sweetapple of Sweetapple, Broeker & Varkas, PL, Boca Raton, for appellants.

Joan Carlos Wizel and Eric L. McAliley of Lydecker│Diaz, Miami; and Daniel L. Abbott of Weiss Serota Helfman Cole & Bierman, P.L., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN, J. and BOKOR, ALEXANDER, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***